**PROSPER LAW GROUP, LLP**
Gordon F. Dickson, Esq., SBN 136857
Deborah P. Gutierrez, Esq., SBN 240383
Michael E. Thompson, Esq., SBN 266275
6100 Center Drive, Suite 1050
Los Angeles, California 90045
Telephone: (310) 893-6200
Facsimile: (310) 988-2930
Email: deborah@prosperlaw.com

Attorneys for Plaintiffs,
David Schafer and Michelle Dowling Schafer

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID SCHAFER AND MICHELLE DOWLING SCHAFER, individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>GREENPOINT MORTGAGE FUNDING, INC.; BANK OF AMERICA, NATIONAL ASSOCIATION; U.S. BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CSFB MORTGAGE-BACKED PASS-THROUGH CERTIFICATES, SERIES 2003-AR30; and Does 1 – 10, inclusive,<br><br>Defendants. | Case No. CV12-573-JFW (JCx)<br><br>**PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF THEIR OPPOSITION TO DEFENDANTS BANK OF AMERICA, NATIONAL ASSOCIATION AND U.S. BANK, NATIONAL ASSOCIATION'S MOTION TO DISMISS THE COMPLAINT**<br><br>Date: April 23, 2012<br>Time: 1:30 p.m.<br>Ctrm: 16<br>Judge: Honorable John F. Walter |

1

Plaintiffs David Schafer and Michelle Dowling Schafer hereby request that in support of their Opposition to Defendants' Motion to Dismiss the Complaint filed March 15, 2012 (Document #16), the Court take Judicial Notice, pursuant to Rule 201 of the Federal Rules of Evidence, of the following document whose contents can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned: *The Foreclosure in California: A Crisis of Compliance Report* ("**Exhibit A**").

A court may take judicial notice of public and official records as they are not subject to reasonable dispute and capable of accurate and ready determination. Fed. Evid. R. 201 (b); *see MGIC Indem. Corp. v. Weisman*, 803 F.2d 500, 504 (9th Cir. 1986). The attached report was conducted on behalf of the the The City and County San Francisco's Office of The Assessor- Recorder. The facts for which the Plaintiffs request judicial notice can and should be judicially noticed because they are "not subject to reasonable dispute," as they are party of a city and state report and come directly from the an evaluation of the documents filed with Office of the Assessor-Recorder. The facts are easily verifiable, as they are taken from public records.

Many courts have taken judicial notice of the type of information at issue in this request. *See, e.g., Texas & Pac. Ry. Co. v. Pottor*, 291 U.S. 245, 254 n. 4 (1933), amended on other grounds, 291 U.S. 649 (1934) (taking judicial notice of official reports put forth by the Comptroller of the Currency); *Leradi v. Mylan Laboratories, Inc.*, 230 F.3d 594, 597-98 (3rd Cir. 2000) (taking judicial notice of information in a newspaper article); *Blair v City of Pomona*, 223 F.3d 1074 (9th Cir. 2000) (taking judicial notice of an independent commission's report on the code of silence among police officers); *Heliotrope Gen., Inc. v. Ford Motor Co.*,189 F.3d 971, 981 (9th Cir. 1999) (taking judicial notice of information contained in news articles); *Clemmons v Bohannon*, 918 F.2d 858, 865 (10th Cir. 1990),5 vacated on other grounds, on reh. en

PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF THEIR OPPOSITION TO DEFENDANTS BANK OF AMERICA, NATIONAL ASSOCIATION AND U.S. BANK, NATIONAL ASSOCIATION'S MOTION TO DISMISS THE COMPLAINT

banc 956 F2d 1523 (10th Cir. 1992) (taking judicial notice of government reports and Surgeon General's reports concerning health risk of environmental tobacco smoke); *B.T. Produce Co. v Robert A. Johnson Sales, Inc.* (S.D.N.Y. 2004) 354 F.Supp.2d 284, 285-286 (taking judicial notice of U.S. Department of Agriculture report); *Wietschner v. Monterey Pasta Co.*, 294 F.Supp.2d 1102, 1108 (N.D. Cal. 2003) (taking judicial notice of press releases issued by the Securities and Exchange Commission); *Del Puerto Water Dist. v United States Bureau of Reclamation*, 271 F.Supp.2d 1224, 1234 (E.D. Cal. 2003) (taking judicial notice of public documents, including Senate and House Reports); *Feldman v Allegheny Airlines, Inc.* (D. Conn. 1974) 382 F.Supp. 1271, reversed on other grounds 524 F.2d 384 (2nd Cir. 1975) (taking judicial notice of data contained in President's Economic Report).

Dated: April 2, 2012            PROSPER LAW GROUP, LLP

                                By:   /s/ Deborah P. Gutierrez
                                      Gordon F. Dickson
                                      Deborah P. Gutierrez
                                      Michael E. Thompson
                                      Attorneys for Plaintiff,
                                      David Schafer and Michelle Dowling Schafer

PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF THEIR OPPOSITION TO DEFENDANTS BANK OF AMERICA, NATIONAL ASSOCIATION AND U.S. BANK, NATIONAL ASSOCIATION'S MOTION TO DISMISS THE COMPLAINT