UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



**FILED**

JUN 19 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DAVID SCHAFER, Individual and MICHELLE DOWLING SCHAFER, Individual,<br><br>    Plaintiffs - Appellants,<br><br>v.<br><br>GREENPOINT MORTGAGE FUNDING, INC.,<br><br>    Defendant,<br><br>and<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION and U S BANK NATIONAL ASSOCIATION, as Trustee for the Certificateholders of CSFB Mortgage-Backed Pass-Through Certificates, Series 2003-AR30,<br><br>    Defendants - Appellees. | No. 12-56054<br><br>D.C. No. 2:12-cv-00573-JFW-JC<br>U.S. District Court for Central California, Los Angeles<br><br>**ORDER**<br><br> |

A review of the docket reflects that appellant has not paid the docketing and filing fees for this appeal. Within 21 days from the date of this order, appellant shall: (1) file a motion with this court to proceed in forma pauperis; (2) pay $455.00 to the district court as the docketing and filing fees for this appeal and provide proof of payment to this court; or (3) otherwise show cause why the appeal

should not be dismissed for failure to prosecute. The filing of a motion to proceed in forma pauperis will automatically stay the briefing schedule under Ninth Circuit Rule 27-11. Any motion to proceed in forma pauperis must include a financial declaration such as the attached Form 4.

If appellant fails to comply with this order, this appeal will be dismissed automatically by the Clerk for failure to prosecute. *See* 9th Cir. R. 42-1.

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Dru E. Van Dam
Deputy Clerk